UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

JOSEPH M. JACKSON,

        Plaintiff,

    v.                                                          Case No. 17-cv-1792-pp

DAVID BROOKS, *et al.*,

        Defendants.

_____

**ORDER DISMISSING CASE FOR FAILURE TO DILIGENTLY PURSUE IT UNDER CIVIL LOCAL RULE 41(C)**
_____

On January 23, 2019, the court issued an order noting that while the plaintiff's opposition to the defendants' motion for summary judgment was due November 12, 2018, the plaintiff had not filed anything. Dkt. No. 33. Because the plaintiff had been moved from Green Bay Correctional Institution to the Wisconsin Resource Center on November 5, 2018—a week or so before the deadline for him to respond to the summary judgment motion—the court wanted to give him one more chance to respond. The court ordered that the plaintiff had to either respond to the defendants' summary judgment motion, or send a letter explaining why he was unable to do so, in time for the court to receive his filing by the end of the day on Friday, February 22, 2019. Id. at 2. The court explained to the plaintiff that if it did not receive either his response or his letter by February 22, 2019, it would dismiss his case for failure to diligently pursue it. Id.

As of the date of this order, the court has not received anything from the plaintiff. While the court notes that he was transferred back to Green Bay on January 29, 2019—six days after the court sent its order—the plaintiff never notified the court of that fact (the court found out by looking at the DOC Inmate Locator Service). In fact, the court has not heard from the plaintiff since April 11, 2018, when it received his motion for an extension of time and motion for a legal loan. Dkt. No. 19. That was over ten months ago.

The court **ORDERS** that this case is **DISMISSED** under Civil Local Rule 41(c) for the plaintiff's failure to diligently pursue it. The court **ORDERS** that within twenty-one (21) days of the date of this order, the plaintiff may petition the court to reinstate the case; if he does so, he must explain why he never has timely responded to the defendants' motion for summary judgment.

Dated in Milwaukee, Wisconsin this 25th day of February, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**